

September 13, 2007

**VIA FASCIMILIE AND FEDERAL EXPRESS**

Sean Chuang
Fox Interactive Media, Inc.
8391 Beverly Blvd., #349
Los Angeles, CA  90048

Case: 1:07-mc-00366
Assigned To : Unassigned
Assign. Date : 9/13/2007
Description: Miscellaneous

Dear Mr. Chuang:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately ninety (90) percent of all legitimate sound recordings sold in the United States.

We have determined that a user of your system or network has infringed our member record companies' copyrighted sound recordings.

Enclosed is a subpoena compliant with the Digital Millennium Copyright Act. The subpoena requires that you provide the RIAA with information concerning the individual offering infringing material described in the attached notice.

As is stated in the attached subpoena, you are required to disclose to the RIAA information sufficient to identify the infringer. This would include the individual's IP address and e-mail address.

Thank you for your cooperation in this matter. If you have any questions please feel free to contact me via email at antipiracy@riaa.com, via telephone at (202) 775-0101, or via mail at RIAA, 1025 F Street N.W., 10th Floor, Washington, D.C., 20004.

Sincerely,

Mark McDevitt
Vice President, Online Anti-Piracy
RIAA

## **DECLARATION OF MARK MCDEVITT**

THE DISTRICT OF COLUMBIA   ) s.s.:

I, Mark McDevitt, the undersigned, declare that:

1. I am a Vice President, Online Anti-Piracy for the Recording Industry Association of America, Inc. (RIAA). The RIAA is a trade association whose member companies create, manufacture or distribute sound recordings. The RIAA is authorized to act on its member companies' behalf on matters involving the infringement of their copyrighted video and sound recordings.

2. The RIAA is requesting the attached proposed subpoena that would order Fox Interactive Media, Inc. disclose the identity, including IP address, of the user operating at the following URL:

   http://www.myspace.com/andthensome123/

3. The purpose for which this subpoena is sought is to obtain the identity of the individual assigned to this URL who has reproduced and has offered for distribution our members' copyrighted sound recordings without their authorization. This information will only be used for the purposes of protecting the rights granted to our members, the sound recording copyright owner, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington, District of Columbia, on September 13, 2007.

_____
Mark McDevitt

Issued by the
# United States District Court

_____ DISTRICT OF ___Columbia___

Recording Industry Association
Of America, Inc.

      vs

Sean Chuang
Fox Interactive Media, Inc.
8391 Beverly Blvd., #349
Los Angeles, CA 90048

SUBPOENA IN A CIVIL CASE

MISC
Case No. _07-366_

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

|  |  |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
   **Information sufficient to identify the alleged infringer, including Internet Protocol address and e-mail address of the sound recording described in the attached notification:**
   URL address:
   http://www.myspace.com/andthensome123/

| PLACE  Recording Industry Association of America, Inc.<br>1025 F St. NW, 10th Floor<br>Washington, DC 20004 | DATE AND TIME<br>10 calendar days from date of service |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

   Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (indicate if attorney for Plaintiff or Defendant)<br>NANCY MAYER-WHITTINGTON<br>*M. M. Higgins* | DATE<br>SEPT. 13, 2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
  **Clerk's Office**
  **United States District Court for the District of Columbia**
  **United States Courthouse**
  **Washington, D.C. 20001**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)